UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as the Secretary of Commerce; et al.,<br><br>Defendants. | Civil Action No. 2:18-cv-03326-RMG<br><br>**ORDER GRANTING STAY OF THE DEADLINE FOR DEFENDANTS' RESPONSE TO MOTION TO INTERVENE (DKT NO. 34)** |

This matter comes before the Court on the Motion for a Stay of the Deadline for Defendants' Response to the Motion to Intervene of the States of Maryland, Connecticut, Delaware, Maine, New Jersey, New York, and North Carolina, and the Commonwealths of Massachusetts and Virginia (Dkt. No. 34), in light of lapse in appropriations. (Dkt. No. 50.) The Court has reviewed the Motion for Stay and, upon good cause shown in light of the lapse of appropriations, hereby **GRANTS** the Motion. The deadline for Federal Defendants' response to the Motion to Intervene is stayed until Congress has appropriated funds for the Department of Justice and Federal Defendants. **IT IS FURTHER ORDERED** that the Federal Defendants must respond to the Motion to Intervene (Dkt. No. 34) no later than thirteen (13) days after Congress has appropriated funds for the Department of Justice and Federal Defendants.

**AND IT IS SO ORDERED.**

Richard M. Gergel
United States District Court Judge

December 28, 2018
Charleston, South Carolina