**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| City of Beaufort, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL MARINE FISHERIES )<br>SERVICE, et al., )<br>)<br>Defendants. )<br>_____ )<br>)<br>South Carolina Coastal Conservation League, )<br>et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Wilbur Ross, in his official capacity as the )<br>Secretary of Commerce; et al., )<br>)<br>Defendants. )<br> )  | **No.: 2:18-cv-03326-RMG**<br>**(Consolidated with 2:18-cv-3327-RMG)**<br><br>**RETURN TO MOTION FOR**<br>**STAY OF DEADLINE TO RESPOND**<br>**TO**<br>**MOTION TO INTERVENE OF**<br>**STATE OF SOUTH CAROLINA,**<br>**EX REL**<br>**ALAN WILSON, ATTORNEY**<br>**GENERAL**<br>**IN CITY OF BEAUFORT v.**<br>**NATIONAL MARINE FISHERIES**<br>**SERVICE CASE** |

The State of South Carolina ex rel Attorney General Wilson opposes the Motion to Stay the Deadline for Response Deadline to the State's Motion to Intervene. The grounds asserted for the stay are that the attorneys for and employees of the Federal Defendants are prohibited from working except under limited circumstances absent funding, and an appropriation has not yet been made; however, counsel for the United States has stated in an email that she does "not have any information about whether the lapse in appropriations will impact Bureau of Ocean Energy Management's decision making on the pending permit applications" at issue. Email, Alison Finnegan to counsel, January 8, 2018. She states that she "inquired just a few hours before the

government shutdown but never heard back." *Id.*   Therefore, without assurance that the BOEM will not act during the time for this stay and any time for response running after the stay is lifted, the State's interests could be adversely impacted during a stay should BOEM proceed to act. Should any motion for a preliminary injunction or a temporary restraining order be filed during the stay, the Attorney General would want to be heard for the State.  Moreover, even if the Federal Defendants are not able to respond to the Motion to Intervene, they would still be able to raise any defenses that they believe that they have to the State's Complaint via an appropriate motions or answer if this Court grants the Motion to Intervene.

For these reasons, the Attorney General opposes this Motion for Stay; however, as represented by counsel for the Federal Defendants, he will consent to an extension of time to file a return to the State's motion of 14 days subject to the State's right to request that the Court proceed before then with a ruling on the Motion to Intervene if a motion for a preliminary injunction or TRO is filed.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: rcook@scag.gov

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

[Signature block continues next page]

2

                    T. PARKIN C. HUNTER
                    Senior Assistant Attorney General
                    Federal ID No. 2018
                    Email: phunter@scag.gov

                    Office of the Attorney General
                    Post Office Box 11549
                    Columbia, South Carolina 29211
                    Phone:  (803) 734-3680
                    Fax:  (803) 734-3677

January 8, 2019                    Counsel for the State ex rel Wilson