**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| City of Beaufort, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES<br>SERVICE, et al.,<br><br>        Defendants.<br>———————————————<br>South Carolina Coastal Conservation League,<br>et al,<br><br>        Plaintiffs,<br><br>v.<br><br>Wilbur Ross, in his official capacity as the<br>Secretary of Commerce; et al.,<br><br>        Defendants. | **No.: 2:18-cv-03326-RMG**<br>**(Consolidated with 2:18-cv-3327-RMG)**<br><br><br>**ATTACHMENT TO**<br><br>**MOTION FOR LEAVE TO FILE**<br>**SUPPLEMENTAL**<br>**RETURN TO MOTION FOR**<br>**STAY OF DEADLINE TO RESPOND**<br>**TO**<br>**MOTION TO INTERVENE OF**<br>**STATE OF SOUTH CAROLINA,**<br>**EX REL**<br>**ALAN WILSON, ATTORNEY**<br>**GENERAL**<br>**IN CITY OF BEAUFORT v.**<br>**NATIONAL MARINE FISHERIES**<br>**SERVICE CASE** |

Attached is the Bureau of Ocean Energy Management FY 2019 Contingency Plan, January, 2019, including "Atlantic G&G Environmental Assessment and permit work" among exempt activities at page 4. *See* also, p. 10

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov
January 16, 2019    Counsel for the State ex rel Wilson



# Bureau of Ocean Energy Management
# FY 2019 Contingency Plan

## January 2019

*Updated January 8, 2019*

Bureau of Ocean Energy Management

Contingency Plan:  Preferred Option
For Use in the Event of
An Orderly Shutdown of the U.S. Government

The Bureau of Ocean Energy Management manages the environmentally and economically responsible development of offshore energy and mineral resources on the U.S. Outer Continental Shelf.  The Bureau's functions include offshore leasing, resource and economic evaluation, review and administration of oil and gas exploration and development plans, renewable energy development, National Environmental Policy Act analysis, and environmental studies.  Underlying all of the Bureau's management and regulatory activities is a commitment to rigorous environmental reviews and study, and science-based decision-making.

The main office for the Bureau is in the Main Interior Building in Washington, District of Columbia, with program offices in Sterling, Virginia, and regional offices in New Orleans, Louisiana (Gulf of Mexico Region), Camarillo, California (Pacific Region), and Anchorage, Alaska (Alaska Region).  The number of employees currently working for the Bureau is 558.

The Bureau is prepared for the orderly shutdown of the U.S. government in the event Congress fails to pass the necessary appropriations bill for it to operate.  The Director and Chief, Office of Budget and Program Coordination will be responsible for implementing and adjusting the plan to respond to the length of the appropriations hiatus and changes in external circumstances.  Assuming the shutdown will be 30 calendar days or less, one half day will be required to complete the orderly shutdown.

In the event of a shutdown, the Bureau will have 124 employees available throughout the Bureau to conduct three essential functions.  The three functions are: (1) Administrative Services; (2) Emergency Response; (3) and Support for Bureau of Safety and Environmental Enforcement Permitting Operations.  Although the Bureau receives offsetting collections, obligations against offsetting collections cannot be made until enactment of the appropriations bill and transfer of collections from the Office of Natural Resources Revenue.  As a result, the number of excepted personnel will be limited.

The Director, Deputy Director, each Regional Director, and Emergency Management Coordinator are considered excepted.  They will be available to coordinate and oversee emergency operations on an as-needed basis.

The Chief, Office of Budget and Program Coordination and the Budget Officer are considered excepted.  They are needed to support excepted activities.  The Bureau receives administrative services from the Bureau of Safety and Environmental Enforcement through a reimbursable support agreement.  These excepted employees will be available for coordination and communication between the Bureau and the Bureau of Safety and Environmental Enforcement pertaining to essential administrative support functions, such as finance, funds transfer, contracting, personnel, information technology, building and property security, and records management.  The Chief, Office of Budget and Program Coordination will also work

1

with human resources to notify employees who are furloughed and call back personnel as needed during the shutdown and when the government shutdown ends.  The performance of these support functions will be on an as-needed basis.

The Bureau will have 84 excepted personnel available on an on-call basis to assist the Bureau of Safety and Environmental Enforcement with permitting operations.  The Bureau of Ocean Energy Management will not process or review new exploration and development plans but will process and review certain revised plans if they are related to the ongoing permitting work performed by the Bureau of Safety and Environmental Enforcement.  On many occasions, a permit will include a revision to the underlying plan to reflect a change in the design of the well since the plan was submitted (e.g., a different drilling rig or modified location).  The Bureau of Ocean Energy Management will look at those revisions as part of the Bureau's support for the permitting process.  The performance of these functions will be on an as-needed basis.

The Bureau will have 40 personnel available on an on-call basis to perform the exempt functions of preparing National Outer Continental Shelf (OCS) Program decision documents, including the associated Programmatic Environmental Impact Statement (PEIS), and completing Environmental Assessments and related work to process Atlantic Geophysical and Geological (G&G) permits.  If the lapse in appropriations extends past January 15, additional personnel will be designated as exempt to complete work to publish Proposed Notice for Gulf of Mexico Sale 253 and Final Notice of Sale and Record of Decision for Gulf of Mexico Sale 252.  These employees will be designated as exempt for only the amount of time needed to complete this work.  They will be funded through carryover.

Bureau of Ocean Energy Management
Contingency Plan in the Event of Federal Government Shutdown

Part 1: Designation of Excepted Activities

| Excepted Activity | Function | Justification for Excepted Designation | Legal Basis |
|---|---|---|---|
| Administrative Services | Administrative Support | To facilitate coordination with administrative service provider for finance, contracting, personnel, computer operations, building and property security, documents/records/files security, and other essential administrative support activities. To coordinate internal fund transfers and associated financial reporting requirements. | Support for activities during a lapse in appropriations |
| Emergency Response | Offshore Energy and Minerals Management | To respond to incidents, document conditions, and secure the site. | Protection for life and property |
| Support for Bureau of Safety and Environmental Enforcement Permitting Operations | Offshore Energy and Minerals Management | To ensure the Bureau of Safety and Environmental Enforcement has required support needed from the Bureau to continue support for safety related decisions. | Protection for life and property |

Part 2: Designation of Exempt Activities

| Exempt Activity | Function | Justification for Exempt Designation | Legal Basis |
|---|---|---|---|
| Atlantic G&G Environmental Assessment and permit work | Offshore Energy and Minerals Management | Due to the issuance of National Marine Fisheries Incidental Harassment Authorizations, BOEM has limited discretion in the timing of the decision for these permits. A significant delay to the permit decision could prevent the term of the permit from being effective. | Funded through carryover |
| National OCS Program decision documents | Offshore Energy and Minerals Management | In order to comply with the Administration's America First energy strategy to develop a new OCS Oil and Gas leasing program, work must continue toward issuing the Proposed Program per the Outer Continental Shelf Leasing Act requirements. | Funded through carryover |
| Preliminary Environmental Impact Statement | Offshore Energy and Minerals Management | To perform National Environmental Policy Act (NEPA) work associated with the National OCS Program. | Funded through carryover |
| Proposed Notice for Gulf of Mexico Sale 253 and Final Notice of Sale and Record of Decision for Gulf of Mexico Sale 252 | Offshore Energy and Minerals Management | The timing of the decision is critical to hold Sales 252 and 253 on schedule. Failure to hold these sales would have a negative impact to the Treasury and negatively impact investment in the U.S. Offshore Gulf of Mexico. | Funded through carryover |

4

Basis for the plan:

1. The three functions are those activities needed to achieve the functions that will continue for safety, security, and communication within the Bureau.
2. Number of full time employees in BOEM:   558
3. Number of exempt employees whose compensation is financed by a resource other than annual appropriations (carryover):  40
4. Number of excepted employees:  84
   a) Excepted employees who are engaged in military, law enforcement, or direct provision of health care activities:  None
   b) Employees who are considered excepted but are not otherwise exempt:  84
5. Number of employees on furlough in the event of a shutdown:  558 (*Note: This number may decrease based upon the workload of on call excepted and exempt employees.  On-call excepted and exempt employees will be in furlough status unless called in to work.*)

Part 3:  Designation of Excepted Personnel for Administrative Services and Emergency Response

| Title and Function | Justification for Excepted Designation |
|---|---|
| (Acting) Director | Headquarters; To respond to emergency situations and coordinate with political leadership |
| (Acting) Deputy Director | Headquarters; To respond to emergency situations and coordinate with political leadership |
| (Acting) Chief, Budget & Program Coordination | Headquarters; To manage funds and coordinate communications regarding shutdown, excepted/exempt/nonexempt status, furlough status, and notice to return to work.  To coordinate support activities with administrative service provider. |
| (Acting) Budget Officer | Headquarters; To coordinate internal fund transfers and associated financial reporting requirements. |
| Emergency Management Coordinator/Administrative Support | Headquarters; To support emergency response activities and serve as principal point of contact pertaining to overall continuity of operations between Regions and Headquarters. To support Bureau staff not under furlough. |
| Regional Director, Alaska | Alaska Region; To respond to emergency situations. |
| Regional Director, Gulf of Mexico | Gulf of Mexico Region; To respond to emergency situations. |
| Regional Director, Pacific | Pacific Region; To respond to emergency situations. |

6

Part 4:  Designation of Excepted Personnel for Bureau of Safety and Environmental Enforcement Permitting Operations

| Title and Function | Justification for Excepted Designation |
|---|---|
| (1) Petroleum Engineer | Pacific Region; To perform worst case discharge analysis work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Physical Scientist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (2) Biologist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Anthropologist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Oceanographer | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Physical Scientist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Marine Biologist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Biological Scientist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Leasing Specialist | Pacific Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (2) Petroleum Engineer | Alaska Region; To perform worst case discharge analysis work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Geologist | Alaska Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Geologist | Alaska Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Geophysicist | Alaska Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |

| | |
|---|---|
| (1) Social Scientist | Alaska Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Marine Biologist | Alaska Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Physical Scientist | Alaska Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Leasing Specialist | Alaska Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) NEPA Coordinator | Alaska Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Petroleum Engineer (OLP) | Gulf of Mexico Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Petroleum Engineer (OLP) | Gulf of Mexico Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (2) Regulatory Specialist (OLP) | Gulf of Mexico Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Mineral Leasing Specialist (OLP) | Gulf of Mexico Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Program Analyst (OLP) | Gulf of Mexico Region; To perform plans work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (2) Supervisory Environmental Protection Specialist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (4) Physical Scientist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (3) Environmental Scientist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Environmental Protection Specialist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Oceanographer (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |

| | |
|---|---|
| (1) Supervisory Physical Scientist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (2) Archeologist ~Marine (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Biologist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Biologist (OE) | Gulf of Mexico Region; To perform National Environmental Policy Act work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (5) Supervisory Geologist (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (3) Geophysicist (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (10) Geologist (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (10) Petroleum Engineer (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (3) Supervisory Geophysicist (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Technical Information Specialist (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Supervisory Engineer (RE) | Gulf of Mexico Region; To perform worst case discharge, conservation of resources, and geohazard work associated with Bureau of Safety and Environmental Enforcement permitting. |
| (1) Financial Analyst (RMOG) | Gulf of Mexico Region; To perform financial assurance evaluations for new activity at the Application for Permit to Drill stage prior to the permit approval. |

Office of Leasing and Plans (OLP)        Office of Environment (OE)
Resource Evaluation (RE)        Risk Management Operations Group (RMOG)

Part 5: Designation of Exempt Employees Funded through Carryover

| Title and Function | Justification for Exempt Designation |
|---|---|
| (1) (Acting) Director | Headquarters; To provide review and approval of National Program and lease sale documents. |
| (1) Regional Director, Gulf of Mexico Region | Gulf of Mexico Region; To oversee, review, surname, and approve exempt functions. |
| (3) Supervisory Environmental Protection Specialist | Gulf of Mexico Region; To provide National Environmental Policy Act analysis for the Atlantic G&G Environmental Assessment and permit work. |
| (2) Environmental Scientist | Gulf of Mexico Region; To provide National Environmental Policy Act analysis for the Atlantic G&G Environmental Assessment and permit work. |
| (2) Physical Scientist | Gulf of Mexico Region; To provide National Environmental Policy Act analysis for the Atlantic G&G Environmental Assessment and permit work. |
| (1) Biologist | Gulf of Mexico Region; To provide National Environmental Policy Act analysis for the Atlantic G&G Environmental Assessment and permit work. |
| (1) Technical Editor | Gulf of Mexico Region; To provide support for the Atlantic G&G Environmental Assessment and permit work. |
| (1) Supervisory Geologist | Gulf of Mexico Region; To provide technical permit support for the Atlantic G&G Environmental Assessment and permit work. |
| (1) Supervisory Mineral Leasing Specialist | Gulf of Mexico Region; To ensure completion of Sale 252/253 documents. |
| (1) Supervisory Environmental Protection Specialist | Gulf of Mexico Region; To ensure completion of Sale 252/253 documents. |
| (1) Environmental Scientist | Gulf of Mexico Region; To ensure completion of Sale 252/253 documents. |
| (1) Program Analyst | Gulf of Mexico Region; To ensure completion of Sale 252/253 documents. |
| (1) Chief, Office of Strategic Resources Programs | Office of Strategic Resources Programs; Provide executive direction and facilitation for the Proposed National Program decision document. |
| (1) Deputy Chief, Office of Strategic Resources Programs | Office of Strategic Resources Programs; In absence of Chief, Office of Strategic Resources Programs, provide executive direction/facilitation for the Proposed National Program decision document and review/surname relevant Sale 252 and 253 documents as needed. |

10

| (1) Chief, Resource Evaluation Division (RED) | Office of Strategic Resources Programs; Provide Resource Evaluation analysis for Proposed National Program decision document. |
|---|---|
| (1) Geologist (RED) | Office of Strategic Resources Programs; Provide Resource Evaluation analysis for Proposed National Program decision document. |
| (1) Economist (RED) | Office of Strategic Resources Programs; Provide Resource Evaluation analysis for Proposed National Program decision document. |
| (1) Chief, Economics Division | Office of Strategic Resources Programs; Provide Economic analysis for Proposed National Program decision document. |
| (1) Chief, Leasing Division (LD) | Office of Strategic Resources Programs; Provide leadership/guidance for Proposed National Program decision document and GOM Sale 253 Proposed Notice. |
| (1) Chief, Program Development and Coordination Branch (LD) | Office of Strategic Resources Programs; Provide leadership/guidance for Proposed National Program decision document. |
| (1) Deputy Chief, Program Development and Coordination Branch (LD) | Office of Strategic Resources Programs; Provide leadership/guidance for Proposed National Program decision document and GOM Sale 253 Proposed Notice. |
| (3) Program Analyst, Program Development and Coordination Branch (LD) | Office of Strategic Resources Programs; Draft appropriate sections of Proposed Program Decision Document. |
| (1) Chief, Sales Coordination Branch (LD) | Office of Strategic Resources Programs; Assure coordination/oversee publication of Sale 252 Final Notice and Sale 253 Proposed Notice. |
| (1) Program Analyst, Sales Coordination Branch (LD) | Office of Strategic Resources Programs; Assure coordination/oversee publication of Sale 252 Final Notice and Sale 253 Proposed Notice. |
| (1) Chief Environmental Officer | Office of Environmental Programs; To oversee, review, surname, and approve exempt functions. |
| (1) Supervisory Environmental Protection Specialist | Office of Environmental Programs; To oversee, review, surname, and approve exempt functions. |
| (1) Environmental Program Manager | Office of Environmental Programs; To oversee, review, surname, and approve exempt functions. |
| (2) NEPA Coordinator | Office of Environmental Programs; To perform National Environmental Policy Act work associated with the National OCS Program draft PEIS. |
| (2) Environmental Scientist | Office of Environmental Programs; To analyze data and develop text to include in National Environmental Policy Act work associated with the National OCS Program draft PEIS. |
| (1) Geographic Information System (GIS) Analyst | Office of Environmental Programs; To produce charts and maps associated with the National OCS Program draft PEIS. |

11

| (1) Technical Editor | Office of Environmental Programs; To edit text developed for the National OCS Program draft PEIS. |
| (1) Visual Information Specialist | Office of Environmental Programs; To develop graphics for the National OCS Program draft PEIS. |