# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| City of Beaufort, City of Charleston, City of Folly Beach, City of Isle of Palms, City of North Myrtle Beach, South Carolina Small Business Chamber of Commerce, Town of Bluffton, Town of Briarcliffe Acres, Town of Edisto Beach, Town of Hilton Head Island, Town of James Island, Town of Kiawah Island, Town of Mount Pleasant, Town of Pawley's Island, Town of Port Royal, Town of Seabrook Island, Town of Awendaw, <br><br>          Plaintiffs, <br><br>and <br><br>State of South Carolina, ex rel Alan Wilson, Attorney General, <br><br>          Intervenor <br><br>v. <br><br>NATIONAL MARINE FISHERIES SERVICE, CHRIS OLIVER, in his official capacity as the Assistant Administrator for Fisheries, and WILBER ROSS, in his official capacity as the Secretary of Commerce, <br><br>          Defendants. | **No.: 2:18-cv-03326-RMG** <br> **(Consolidated with 2:18-cv-3327-RMG)** <br><br> **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

      J. Emory Smith, Jr., Deputy Solicitor General, respectfully requests protection from attendance at any hearing or other court appearances in this case on the four dates below for the reasons noted. Because he is one of the lead attorneys for the State ex rel Wilson in this case, he respectfully requests that any proceedings be held on different days.

March 19, 2019 – hearing in York, South Carolina

April 26, 2019 – long planned travel

May 14, 2019 – hearing in York

May 17, 2019 – long planned travel

Counsel respectfully requests that proceedings not be scheduled on those days.

          Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: rcook@scag.gov

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

T. PARKIN C. HUNTER
Senior Assistant Attorney General
Federal ID No. 2018
Email: phunter@scag.gov

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone:  (803) 734-3680
Fax:  (803) 734-3677

February 22, 2019          Counsel for the State ex rel Wilson