IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTH CAROLINA COASTAL FEDERATION; OCEANA; ONE HUNDRED MILES; SIERRA CLUB; and SURFRIDER, FOUNDATION, <br><br> Plaintiffs, <br> v. <br><br> WILBUR ROSS, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; and CHRIS OLIVER, IN HIS OFFICIAL CAPACITY AS THE ASSISTANT ADMINISTRATOR FOR FISHERIES, <br><br> Defendants. | ) Civil Action Number:  2:18-cv-03326-RMG <br> ) <br> ) (Consolidated with No. 2:18-cv-03327-RMG) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>NOTICE OF ACCEPTANCE OF SERVICE AND RESPONSE TO MOTION</u>**

The United States Attorney's Office accepts service of the Complaint filed by the State of South Carolina effective February 21, 2019, the date the Complaint was filed, and will answer in accord with Rule 12 of the Federal Rules of Civil Procedure.

Yours very truly,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By:    *s/ Beth Drake*
Beth Drake (#5598)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC  29201
Phone:  (803) 929-3061
Email:  Beth.Drake@usdoj.gov

February 25, 2019