UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al., <br><br> Defendants. | Civ. No. 2:18-cv-3326-RMG <br><br> (Consolidated with 2:18-cv-3327-RMG) <br><br> **NOTICE OF INTENT TO FILE ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT [152] NOTICE TO LODGE ADMINSTRATIVE RECORD** |

NMFS lodged and served its administrative record on March 12, 2019. ECF 152. The majority of the administrative record documents were attached to the filing, from ECF 153 to 206, but 19 reference files were not included because of technical difficulties. The entirety of the administrative record, including these 19 files, were provided to opposing counsel in service copies and to the Clerk's office for courtesy copies. The 19 reference files will be lodged with the Court on ECF as soon as those issues are resolved.

Dated: March 12, 2019

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

 /s/ Jonelle Dilley
JONELLE DILLEY, Trial Attorney
ALISON C. FINNEGAN, Sr. Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

2

P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0431; Fax: (202) 305-0275
Email: Jonelle.Dilley@usdoj.gov
Email: alison.c.finnegan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

      /s/ Jonelle Dilley

1