IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTH CAROLINA COASTAL FEDERATION; OCEANA; ONE HUNDRED MILES; SIERRA CLUB; AND SURFRIDER FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, in his official capacity as the Secretary of Commerce; and CHRIS OLIVER, in his official capacity as the Assistant Administrator for Fisheries,<br><br>    Defendants. | Civ. No. 2:18-cv-3326-RMG (Consolidated with 2:18-cv-3327-RMG)<br><br>**STIPULATION REGARDING RULE 26(a)(1) INITIAL DISCLOSURES** |

In this litigation, Plaintiffs and Plaintiff-Intervenors, the State of Maryland *et al*., bring claims under the Marine Mammal Protection Act, Endangered Species Act, National Environmental Policy Act, and the Administrative Procedure Act, challenging Federal Defendants' issuance of Incidental Harassment Authorizations for five proposed seismic surveys on the U.S. Atlantic Outer Continental Shelf. *See* ECF Nos. 1, 68, 126 138. The State of South Carolina ex rel Alan Wilson, Attorney General has made additional claims as set forth in the South Carolina's Complaint in Intervention.

On February 20, 2019, this Court issued its standard Conference and Scheduling Order, *see* ECF No. 125, requiring the parties to conduct a Rule 26(f) conference by March 13, 2019 and to submit a Rule 26(f) report by March 27, 2019. In response, the parties provide this filing today, as well as the Rule 26(f) report filed as ECF No. 239.

The Court's Order contained subsequent deadlines, including but not limited to, for the completion of discovery, the identification of expert witnesses, the briefing of dispositive motions, and ultimately, for trial. *Id.* Because Plaintiffs' and Plaintiff-Intervenors the State of Maryland *et al.'s* current claims challenge final administrative actions, Plaintiffs and Plaintiff-Intervenors the State of Maryland *et al.* and the State of South Carolina ex rel Wilson, Federal Defendants, and Intervenor-Defendants (hereinafter "Agreed Parties") agree that these APA claims should be decided based on the agency's administrative record. *See* 5 U.S.C. § 706 (providing that the Court's review shall be based on "the whole record or those parts of it cited by a party").[1]

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i) and Local Civil Rule 26.02, the Agreed Parties submit that the requirements of Rule 26(a)(1) and Local Civil Rules 26.01 and 26.03 do not apply in this case. Accordingly, the Agreed Parties, other than South Carolina, believe that they are exempt from the requirements set forth in the Court's February 20, 2019 Order, including the requirement to submit initial disclosures. Until the Court adjudicates Federal Defendants' forthcoming motion to dismiss South Carolina's unique claims, the Agreed Parties agree that no other party will provide any other party with initial disclosures at this juncture.

Respectfully submitted this 27th day of March, 2019.

---

[1] Plaintiff-Intervenor South Carolina states that it does not agree to such a limitation as to its non-APA claims. Although South Carolina has claims such as nuisance that are not APA based, South Carolina does not believe that discovery is needed as to them; however, South Carolina reserves the right to use exhibits filed in support of the Preliminary Injunction Motions to support its non-APA claims. Federal Defendants and Intervenor-Defendants disagree with South Carolina's position, contend that the causes of action in South Carolina's complaint in intervention are governed by the APA, and reserve the right to oppose discovery and object to South Carolina's use of any materials outside of Federal Defendants' administrative record to support its unique claims.

s/ Catherine M. Wannamaker
Catherine M. Wannamaker (Bar No. 12577)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
Email: cwannamaker@selcsc.org

Blakely E. Hildebrand (PHV)
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
Email: bhildebrand@selcnc.org

*Counsel for Plaintiffs South Carolina Coastal Conservation League, Defenders of Wildlife, North Carolina Coastal Federation, and One Hundred Miles*

Thomas J. Perrelli (PHV)
Patrick W. Pearsall (PHV)
Jennifer J. Yun (PHV)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6004
Facsimile: (202) 639-6066
Email: tperrelli@jenner.com

*Counsel for Plaintiff Oceana*

Sarah V. Fort (PHV)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Telephone: (202) 513-6247
Facsimile: (415) 795-4799
Email: sfort@nrdc.org

Mitchell S. Bernard (PHV)
Natural Resources Defense Council
20 West 40th Street
New York, NY
Telephone: (212) 727-4477
Facsimile: (415) 795-4799
Email: mbernard@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

Stephen D. Mashuda (PHV)
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 343-1526
Email: smashuda@earthjustice.org

Brettny Hardy (PHV)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
Email: bhardy@earthjustice.org

*Counsel for Plaintiffs Surfrider Foundation and Sierra Club*

Kristen Monsell (PHV)
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7137
Facsimile: (510) 844-7150
Email: kmonsell@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

s/ Amy E. Armstrong
Amy E. Armstrong (Fed ID No. 9625)
Amelia A. Thompson (Fed ID No. 12640)
South Carolina Environmental Law Project
Post Office Box 1380
Pawleys Island, SC
Office Address:
430 Highmarket Street
Georgetown, SC 29440
Telephone:  (843) 527-0078
Facsimile:   (843) 527-0540
Email: amy@scelp.org

*Counsel for Plaintiffs City of Beaufort, City of Charleston, City of Folly Beach, City of Isle of Palms, City of North Myrtle Beach, South Carolina Small Business Chamber of Commerce, Town of Bluffton, Town of Briarcliffe Acres, Town of Edisto Beach, Town of Hilton Head Island, Town of James Island, Town of Kiawah Island, Town of Mount Pleasant, Town of Pawleys Island, Town of Port Royal, Town of Seabrook Island, Town of Awendaw*

s/ W. Jefferson Leath, Jr.
W. Jefferson Leath, Jr. (Fed ID No. 2627)
Jefferson Leath, Esq., LLC
40 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone:  (843) 853-5353
Email:  jeff@seekingslaw.com

*Counsel for Plaintiff Intervenors States of Maryland, Connecticut, Delaware, Maine, New Jersey, and New York and Commonwealths of Massachusetts and Virginia*

BRIAN E. FROSH
ATTORNEY GENERAL OF MARYLAND

Joshua M. Segal (PHV)
  Assistant Attorney General
John B. Howard, Jr. (PHV)
  Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6446
Facsimile: (410) 576-7036
jsegal@oag.state.md.us
jbhoward@oag.state.md.us

Emily A. Vainieri (PHV)
  Assistant Attorney General
Office of the Attorney General
Maryland Department of Natural Resources
580 Taylor Avenue, C-4
Annapolis, MD 21401
Telephone: 410-260-8352
Facsimile: 410-260-8364
emily.vainieri1@maryland.gov

  *Counsel for the State of Maryland*

WILLIAM TONG
ATTORNEY GENERAL OF CONNECTICUT

Daniel Salton (PHV)
  Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 55 Elm Street
Hartford, CT 06141-0120
Telephone: (860) 808-5250
Facsimile: (860) 808-5387
daniel.salton@ct.gov

  *Counsel for the State of Connecticut*

AARON FREY
ATTORNEY GENERAL OF MAINE

Margaret A. Bensinger (PHV)
  Assistant Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8578
Facsimile: (207) 626-8812
peggy.bensinger@maine.gov
jerry.reid@maine.gov

  *Counsel for the State of Maine*

KATHY JENNINGS
ATTORNEY GENERAL OF DELAWARE

Ilona Kirshon (PHV)
  Deputy State Solicitor
David J. Lyons (PHV)
  Deputy Attorney General
Jameson A.L. Tweedie (PHV)
  Deputy Attorney General
Department of Justice
Carvel State Building, 6th Floor
820 North French Street
Wilmington, DE  19801
Telephone: (302) 577-8372
Facsimile: (302) 577-6630
ilona.kirshon@delaware.gov
david.lyons@delaware.gov
jameson.tweedie@delaware.gov

*Counsel for the State of Delaware*

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

Dianna E. Shinn (PHV)
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ. 08625-0093
Telephone: (609) 376-2789
Facsimile: (609) 341-5030
dianna.shinn@law.njoag.gov

*Counsel for the State of New Jersey*

LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK

Andrew G. Frank (PHV)
  Assistant Attorney General
New York State Attorney General's Office
28 Liberty Street
New York, NY. 10005
Telephone: (212) 416-8271
Facsimile: (212) 416-6007
andrew.frank@ag.ny.gov

*Counsel for the State of New York*

JOSHUA H. STEIN
ATTORNEY GENERAL OF
NORTH CAROLINA

s/ William Harkins
William Harkins (Fed. Bar No. 10334)
  Assistant Attorney General
Marc Bernstein (PHV)
  Special Deputy Attorney General
Ryan Park (PHV)
  Deputy Solicitor General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
Telephone: (919) 716-6535
Facsimile: (919) 716-6761
wharkins@ncdoj.gov
mbernstein@ncdoj.gov
rpark@ncdoj.gov

*Counsel for the State of North Carolina*

MAURA HEALEY
ATTORNEY GENERAL OF
MASSACHUSETTS

Matthew Ireland (PHV)
 Assistant Attorney General
Megan M. Herzog (PHV)
 Special Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Facsimile: (617) 727-9665
matthew.ireland@mass.gov
megan.herzog@mass.gov

*Counsel for the Commonwealth of Massachusetts*


s/ Alison C. Finnegan
Alison C. Finnegan
Jonelle Dilley
Environment & Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Benjamin Franklin Station
601 D Street, N.W.
Post Office Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 305-0431
Facsimile:   (202) 305-0275
Email:  jonelle.dilley@usdoj.gov
Email:  Alison.c.finnegan@usdoj.gov

*Counsel for Defendants Wilbur Ross, the National Marine Fisheries Service, and Chris Oliver*

MARK R. HERRING
ATTORNEY GENERAL OF VIRGINIA

Paul Kugelman (PHV)
 Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-3811
Facsimile: (804) 786-2650
pkugelman@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

s/ Richard Morton
Richard Morton (Fed ID No. 5442)
Sean Houseal (Fed ID No. 07676)
Womble Bond Dickinson (US) LLP
301 S. College Street, Suite 3500
Charlotte, NC 28202-6037
5 Exchange Street
Charleston, SC 29401
Telephone:  (704) 331-4993
Telephone:  (843) 720-4622
Facsimile:   (843) 723-7398
Email:  ric.morton@wbd-us.com
Email:  sean.houseal@wbd-us.com Womble

*Counsel for Intervenor Defendants The International Association of Geophysical Contractors, CGG Services (U.S.) Inc., GX Technology Corporation, Spectrum GEO Inc., TGS-NOPEC Geophysical Company, Westerngeco LLC, and The American Petroleum Institute*

Ryan P. Steen (PHV)
Jason T. Morgan (PHV)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500
Email:  ryan.steen@stoel.com
Email:  jason.morgan@stoel.com

s/ Alan Wilson
Alan Wilson (Fed ID No. 10457)
Robert D. Cook (Fed ID No. 285)
J. Emory Smith, Jr. (Fed ID No. 3908)
T. Parkin C. Hunter (Fed ID No. 2018)
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211
Telephone:  (803) 735-3680
Facsimile:   (803) 734-3677
Email:  rcook@scag.gov
Email:  esmith@scag.gov
Email:  phunter@scag.gov

*Counsel for Plaintiff State of South Carolina*