UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al.,<br><br>Defendants. | Civ. No. 2:18-cv-3326-RMG<br><br>(Consolidated with 2:18-cv-3327-RMG)<br><br>**FEDERAL DEFENDANTS' NOTICE RE: MOTION AND MEMORANDUM OF LAW IN SUPPORT OF LEAVE FOR THE NORTH CAROLINA TOWNS OF OAK ISLAND, CASWELL BEACH, AND SUNSET BEACH TO FILE AN AMICUS CURIAE BRIEF** |

Federal Defendants take no position on the Motion for Leave for the North Carolina Towns of Oak Island, Caswell Beach, and Sunset Beach to File an Amicus Curiae Brief. Should the Court grant the motion and allow the proposed amici to file the proposed brief that is attached to their motion, Federal Defendants will promptly file a response to the amicus curiae brief.

Respectfully submitted this 16th day of April, 2019.

                JEAN E. WILLIAMS
                Deputy Assistant Attorney General
                Environment & Natural Resources Division
                SETH M. BARSKY, Chief
                MEREDITH L. FLAX, Assistant Chief

                By:   /s/ Alison C. Finnegan
                ALISON C. FINNEGAN, Trial Attorney
                JONELLE DILLEY, Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Division
                Wildlife & Marine Resources Section
                Ben Franklin Station, P.O. Box 7611
                Washington, D.C. 20044-7611
                Tel: (202) 305-0500; Fax: (202) 305-0275
                Email: alison.c.finnegan@usdoj.gov

Email: Jonelle.Dilley@usdoj.gov

LISA RUSSELL, Chief
GUILLERMO MONTERO, Assistant Chief

By:  /s/ Marissa A. Piropato
MARISSA A. PIROPATO
Sr. Trial Attorney, MA Bar No. 651630
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-0470
Fax | (202) 305-0506
Email: marissa.piropato@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2019, I electronically filed the foregoing Federal Defendants' Notice Re: Motion and Memorandum of Law in Support of Leave for the North Carolina Towns of Oak Island, Caswell Beach, and Sunset Beach to File an Amicus Curiae Brief with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

    /s/ Alison C. Finnegan