UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al., <br><br> Defendants. | ) ) ) Civ. No. 2:18-cv-3326-RMG ) ) (Consolidated with 2:18-cv-3327-RMG) ) ) **FEDERAL DEFENDANTS' RESPONSE TO** ) **AMICUS CURIAE BRIEF FILED BY THE** ) **NORTH CAROLINA TOWNS OF OAK** ) **ISLAND, CASWELL BEACH, AND** ) **SUNSET BEACH** ) ) |

The amicus curiae brief filed by the North Carolina towns of Oak Island, Caswell Beach, and Sunset Beach ("the North Carolina Towns") raises arguments that mirror those raised by the Plaintiffs' briefing in support of their motions for preliminary injunction. Accordingly, Federal Defendants herein respond by directing the Court to ECF 221, Federal Defendants' Opposition to Plaintiffs' Motions for Preliminary Injunction (ECF 124 and 143) and the Joinder Filed by the States of Maryland, et al. (ECF 148), including, but not limited to, Section V.A, which addresses the issues raised by the North Carolina Towns, including alleged irreparable harm from effects on marine mammals or sea turtles and other marine life, and to the economy, including commercial and recreational fishing, tourism-related activities, and Section V.C, regarding the balance of equities and the public interest.

Respectfully submitted this 25th day of April, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

1

By: /s/ Alison C. Finnegan
ALISON C. FINNEGAN, Trial Attorney
JONELLE DILLEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
Email: alison.c.finnegan@usdoj.gov
Email: Jonelle.Dilley@usdoj.gov

LISA RUSSELL, Chief
GUILLERMO MONTERO, Assistant Chief

/s/ Marissa A. Piropato
MARISSA A. PIROPATO
Sr. Trial Attorney, MA Bar No. 651630
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel | (202) 305-0470
Fax | (202) 305-0506
Email: marissa.piropato@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2019, I electronically filed the foregoing Federal Defendants' Response to Amicus Curiae Brief Filed by the North Carolina Towns of Oak Island, Caswell Beach, and Sunset Beach with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                    /s/ Jonelle Dilley