UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; et al., <br><br> Plaintiffs <br><br> and <br><br> STATES OF MARYLAND, et al. <br><br> Intervenor-Plaintiffs, <br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce; et al., <br><br> Defendants <br><br> and <br><br> INTERNATIONAL ASSOCIATION OF GEOPHYSICAL CONTRACTORS, et al., <br><br> Intervenor-Defendants. | Civil Action No. 2:18-cv-03326-RMG (Consolidated with 2:18-cv-3327-RMG) <br><br> **INTERVENOR-DEFENDANTS' NOTICE OF JOINDER IN FEDERAL DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF-INTERVENOR SOUTH CAROLINA'S COMPLAINT-IN-INTERVENTION** |
| CITY OF BEAUFORT; et al., <br><br> Plaintiffs, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants. | |

Intervenor-Defendants International Association of Geophysical Contractors, CGG Services (U.S.) Inc., GX Technology Corporation, Spectrum Geo Inc., TGS-NOPEC

INTERVENOR-DEFENDANTS'
NOTICE OF JOINDER                          - 1 -
101648346.1 0081381-00014

Geophysical Company, WesternGeco LLC, and American Petroleum Institute respectfully join and support the Federal Defendants' Partial Motion to Dismiss Plaintiff-Intervenor South Carolina's Complaint-in-Intervention, Dkt. 259.  For the reasons set forth in the Federal Defendants' motion, Claims 1, 6, 7 and 8 of South Carolina's Complaint-in-Intervention should be dismissed.

DATED:  April 26, 2019              Respectfully submitted,


                                    s/ Sean D. Houseal
                                    Richard Morton, Fed. Id. No. 5442
                                    Sean Houseal, Fed. Id. No. 7676
                                    WOMBLE BOND DICKINSON (US) LLP
                                    301 S. College Street, Suite 3500
                                    Charlotte, NC 28202-6037
                                    5 Exchange Street
                                    Charleston, SC  29401
                                    Telephone:  704-331-4993
                                                843-720-4622
                                    Facsimile:  843-723-7398
                                    Email:  Ric.Morton@wbd-us.com
                                    Email:  Sean.Houseal@wbd-us.com


                                    Ryan P. Steen, Admitted *Pro Hac Vice*
                                    Jason T. Morgan, Admitted *Pro Hac Vice*
                                    STOEL RIVES LLP
                                    600 University Street, Suite 3600
                                    Seattle, WA  98101
                                    Telephone: 206-624-0900
                                    Facsimile: 206-386-7500
                                    Email: ryan.steen@stoel.com
                                           jason.morgan@stoel.com

                                    *Counsel for Intervenor-Defendants*