# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| City of Beaufort, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL MARINE FISHERIES )<br>SERVICE, CHRIS OLIVER, in his official )<br>capacity as the Assistant Administrator for )<br>Fisheries, and WILBER ROSS, in his official )<br>capacity as the Secretary of )<br>Commerce, )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>State of South Carolina, ex rel Alan Wilson, )<br>Attorney General, )<br>)<br>Intervenor )<br>_____ )<br>)<br>South Carolina Coastal Conservation League, )<br>et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Wilbur Ross, in his official capacity as the )<br>Secretary of Commerce; et al., )<br>)<br>Defendants. )<br>) | **No.: 2:18-cv-03326-RMG**<br>**(Consolidated with 2:18-cv-3327-RMG)**<br><br>**MOTION OF**<br>**STATE OF SOUTH CAROLINA,**<br>**EX REL**<br>**ALAN WILSON,**<br>**ATTORNEY GENERAL**<br>**FOR EXTENSION OF TIME TO**<br>**RESPOND TO PARTIAL MOTION TO**<br>**DISMISS** |

The State ex rel Atty General Wilson (State) respectfully moves for this Court to extend the time of the deadline for it to respond to the Federal Defendants' Partial Motion to Dismiss of the State's Complaint in Intervention (Dkt. No. 259) including the Intervenor-Defendants Notice

2

of Jointer in the Federal Motion (Dkt. No. 264). In light of this Court's Text Order for a Status Report and responses thereto (Dkt. No. 266), the State requests an extension of time of ten days to May 16, 2019, so that it may review the Federal Defendants' Status Report before filing its opposition to the Federal Defendants' Partial Motion to Dismiss. The State's response to the Motion to Dismiss is currently due May 6, 2019. The State has not previously requested an extension of time to respond to the Motion to Dismiss. This extension would not affect other deadlines.

For the foregoing reasons, the State respectfully requests that this Court extend the time for it to file a response to the Partial Motion to Dismiss and Joinder until May 16, 2019.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: rcook@scag.gov

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

T. PARKIN C. HUNTER
Senior Assistant Attorney General
Federal ID No. 2018
Email: phunter@scag.gov

[Continued signature block and Local Rule 7.02 Statement next page]

3

Office of the Attorney General  
Post Office Box 11549  
Columbia, South Carolina 29211  
Phone: (803) 734-3680  
Fax: (803) 734-3677

May 1, 2019                                    Counsel for the State ex rel Wilson

Local Civ. Rule 7.02 statement:

Counsel for the Federal Defendants and Intervenor Defendants do not oppose an extension to May 16, 2019. Based upon prior emails, undersigned counsel does not believe that counsel for the Coastal Plaintiffs and Intervenor Plaintiffs Maryland, et al object to such an extension. Undersigned counsel has not heard from counsel for the City of Beaufort Plaintiffs.

|  |  |
|---|---|
| | /s/ J. Emory Smith, Jr. |
| | J. EMORY SMITH, JR. |
| May 1, 2019 | Deputy Solicitor General |

3