# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al., <br><br> Defendants. | Civ. No. 2:18-cv-3326-RMG <br><br> (Consolidated with 2:18-cv-3327-RMG) <br><br><br> **DECLARATION OF WALTER D. CRUICKSHANK** |

I, Walter D. Cruickshank, declare as follows:

1.  I currently serve as the Acting Director of the Bureau of Ocean Energy Management (BOEM), in the United States Department of the Interior. I have been employed with BOEM or its predecessor agencies for over 30 years. I have served as the BOEM Deputy Director, since 2002; I have served as Acting Director of BOEM for the last 2 years and on numerous previous occasions.

2.  On January 17, 2019, in support of Federal Defendants' Supplemental Reply In Support Of Motion To Stay (Docket No. 72), I submitted to this Court a Declaration regarding the status of BOEM's processing of geological and geophysical (G&G) permit applications for survey activities proposed off the

1

Atlantic Coast. Five of the pending G&G permit applications at BOEM are the same proposed surveys for which the National Marine Fisheries Service (NMFS) issued incidental harassment authorizations (IHAs); those IHAs are the subject of this case. Neither BOEM, nor the U.S. Department of the Interior, are parties to this case. On February 5, 2019, I submitted a second declaration in support of a motion seeking clarification of an injunction issued by this Court in this case (Docket No. 111).

3. On May 2, 2019, this Court issued an order requiring a status report to inform the Court what impact, if any, a "recently reported announcement by Secretary of the Interior David Bernhardt" concerning the Department of the Interior's appraisal of the March 29, 2019 decision in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG (D. Alaska) has on this case, "including on the pending permit requests before the Bureau of Ocean Energy Management ("BOEM") and the already issued Incidental Harassment Authorizations." This Declaration seeks to assist the Federal Defendants in responding to the Court's Order.

4. The Alaska District Court decision in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG, addresses the authority of the President to modify prior leasing withdrawals under Section 12(a) of the Outer Continental Shelf Lands Act ("OCSLA"). BOEM does not view that decision as

having any effect on agency authority to approve proposed seismic survey activities (in the Atlantic OCS or elsewhere). BOEM regulations provide that it may authorize seismic survey activity in the OCS even in areas of the OCS that are not open to oil and gas leasing, and BOEM has done so in the past. *See* 43 U.S.C. § 1340; 30 C.F.R. pt. 551.

5.   Neither the Department of the Interior nor the Secretary of the Interior have made any announcement that the Department "may wait until the resolution of any potential appeal from an Order issued by Judge Gleason of the District of Alaska on March 29, 2019 in *League of Conservation Voters et al. v. Trump et al.*, Case No. 3:17-cv-00101-SLG, prior to making any decision on authorizing offshore activities" (Docket No. 266). The Department is simply evaluating all of its options in light of that recent court decision to determine the best pathway to accomplish the mission entrusted to it by the President. Specifically, the Department is evaluating what, if any, effect that decision may have on planning for OCS lease sales in the National OCS Oil and Gas Leasing Program (National Program) of the Department. However, as stated in paragraph 4, the location of sales scheduled in the National Program is not determinative of where seismic exploration may be permitted.

6.   The permit applications submitted by Spectrum Geo Inc. ("Spectrum"), TGS-NOPEC Geophysical Company ("TGS"), ION GeoVentures (ION),

WesternGeco, LLC ("WesternGeco"), and CGG Services (US) Inc. ("CGG") are still under review by BOEM and the Department.

The foregoing is based upon my personal knowledge. If called upon, I could testify competently to the matters set forth above.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __9__th date of May, 2019, in Washington, D.C.

_Walter D. Cruickshank_
WALTER D. CRUICKSHANK
Acting Director
Bureau of Ocean Energy Management

4