# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; NORTH CAROLINA COASTAL FEDERATION; OCEANA; ONE HUNDRED MILES; SIERRA CLUB; AND SURFRIDER FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; WILBUR ROSS, in his official capacity as the Secretary of Commerce; and CHRIS OLIVER, in his official capacity as the Assistant Administrator for Fisheries, <br><br> Defendants. | Civ. No. 2:18-cv-3326-RMG <br> (Consolidated with 2:18-cv-3327-RMG) <br><br> **SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Federal Defendants will produce to all parties and the Court the supplemental administrative record in thumb drive format no later than April 24 as provided in ECF No. 248.

2. Plaintiffs and Plaintiff-Intervenors may file motions to complete or supplement the administrative record, if necessary, no later than June 19. Federal Defendants may file their response to such motion on or before July 10.

3. Plaintiffs and Plaintiff-Intervenors may each file motions for summary judgment no later than July 19. If there is a dispute over the scope or content of the administrative record, this deadline shall be extended to no later than 5 weeks from either (1) the denial of a motion to complete or supplement the administrative record, or (2) the date Federal Defendants comply with any Court order granting in part or in full a motion to complete or supplement the administrative record.

4. Twenty-one days before the deadline to file motions for summary judgment, the parties shall meet and confer in good faith in an effort to agree upon proposed page limits for

summary judgment briefing, and will submit either a joint proposal or separate proposals to the Court.

5. Federal Defendants and Defendant-Intervenors may each file combined responses and cross-motions for summary judgment no later than 5 weeks from the filing of Plaintiffs' summary judgment motions.

6. Plaintiffs and Plaintiff-Intervenors may each file combined replies in further support of summary judgment and responses to cross-motions no later than 3 weeks from the filing of Federal Defendants' and Defendant-Intervenors' combined summary judgment cross-motions and responses.

7. Defendants and Defendant-Intervenors may each file replies in further support of cross-motions for summary judgment no later than 3 weeks from filing of Plaintiffs' and Plaintiff-Intervenors' combined replies and responses.

8. The parties shall meet and confer in good faith on any reasonable requests to adjust deadlines set forth herein, and shall present such requests to the Court in a timely manner.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Judge

May 17, 2019
Charleston, South Carolina