UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CITY OF BEAUFORT; et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL MARINE FISHERIES SERVICE; et al., )<br>)<br>)<br>Defendants. )<br>)<br>)<br>)<br>SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILBER ROSS, in his official capacity as secretary of commerce; et al., )<br>)<br>)<br>Defendants. )<br>) | No. 2:18-cv-03326-RMG<br>(Consolidated with 2:18-cv-03327-RMG)<br><br>**PLAINTIFFS' RESPONSE TO FEDERAL DEFENDANTS' STATUS REPORT** |

Plaintiffs, City of Beaufort, et al., in response to the State of South Carolina's Motion for Extension, concur with the arguments submitted by the Environmental Plaintiffs in their Response to Federal Defendants' Status Report, ECF No. 284. Given the Federal Defendants have asserted the BOEM applications will continue to be reviewed despite the ruling in *League of Conservation Voters et al. v. Trump et al*, Case No. 3:17-cv-00101-SLG (D. Alaska) (Cruickshank Decl. ¶4, ECF No. 281-1), it is all the more crucial this Court grant the pending

motions for preliminary injunction. The BOEM permits are likely to be issued prior to a decision on the merits of Plaintiffs' legal challenge and the irreparable harm will follow.

Therefore, the Federal Defendants' Status Report further supports Plaintiffs' motions for injunctive relief.

Respectfully submitted this 17th day of May, 2019.

                      s/ Leslie S. Lenhardt
Amy E. Armstrong (ID # 9625)
Leslie S. Lenhardt (ID # 7795)
SOUTH CAROLINA ENVIRONMENTAL LAW
    PROJECT

| | |
|---|---|
| Mailing address: | Post Office Box 1380 |
| | Pawleys Island, SC 29585 |
| Office address: | 430 Highmarket Street |
| | Georgetown, SC 29440 |
| Telephone | (843) 527-0078 |

Attorneys for the Plaintiffs

Georgetown, South Carolina