IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ). | No. 2:18-cv-03326-RMG (Consolidated with 2:18-cv-3327-RMG) |
| WILBUR ROSS, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF COMMERCE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**RESPONSE OF PLAINTIFFS-INTERVENORS STATES OF MARYLAND, CONNECTICUT, DELAWARE, MAINE, NEW JERSEY, NEW YORK, AND NORTH CAROLINA AND COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA TO FEDERAL DEFENDANTS' STATUS REPORT**

In response to the Status Report (ECF 281) filed by the Federal Defendants in response to the Court's order dated May 2, 2019 (ECF 266), Plaintiffs-Intervenors the States of Maryland, Connecticut, Delaware, Maine, New Jersey, New York, and North Carolina and the Commonwealths of Massachusetts and Virginia ("the States") respectfully state as follows:

1. The Court requested that the Federal Defendants provide a status report regarding "what impact, if any, Secretary Bernhardt's announcement has on this case, including on the pending permit requests." ECF 266. Although that report hedges on the status of the 2019-2024 National Outer Continental Shelf (OCS) Oil and Gas Leasing Program, it makes one thing crystal-clear: the Bureau of Ocean Energy Management (BOEM) has continued to process permits for the seismic testing activities at issue in this case. ECF 281, at 2 (stating that "the permit applications submitted by Spectrum GEO Inc., TGS-NOPEC Geophysical Company, ION GeoVentures, West-

ernGeco, LLC, and CGG are still under review by BOEM and the Department of Interior"). Accordingly, preliminary injunctive relief remains every bit as necessary as it was prior to the Secretary's announcement.

2.     The Federal Defendants state that the Department of the Interior "is evaluating what, if any, effect" the decision in *League of Conservation Voters v. Trump* "may have on planning for OCS lease sales in the National OCS Oil and Gas Leasing Program." ECF 281, at 2. They further state that "[t]he Department of Interior is reviewing all its options," without providing any indication of how long that review will take. *Id.* To the extent that the Department's review and evaluation result in a delay in the issuance of a Proposed Program for 2019-2024, as recent media reports have indicated, that delay undercuts any argument that it is urgent to conduct seismic testing *now*, and underscores that an injunction would serve the public interest. *See* ECF 148-1, at 6-7.

3.     The Federal Defendants assert that "[e]ntities seeking to conduct geological and geophysical surveys can . . . obtain a permit in *any* area of the OCS, including those areas that have been withdrawn from leasing," ECF 281, at 2 (emphasis in original), and that *League of Conservation Voters v. Trump* "has no legal effect on any proposed seismic activities (in the Atlantic OSC or elsewhere)," *id.* at 1-2. The States reserve the right to respond more fully once they can evaluate these assertions in the concrete setting of any permits that BOEM issues. At an absolute minimum, however, the permanent withdrawal of particular areas from oil and gas leasing necessarily means that seismic testing for oil and gas in those areas would be "*unduly* harmful to aquatic life," 43 U.S.C. § 1340(a) (emphasis added), and thus barred by statute. *See id.* (allowing Secretary of the Interior to authorize "geological and geophysical explorations" on the OCS only if, among other things, those explorations "are not unduly harmful to aquatic life in such area"); *cf.* ECF 282-3, at

2

2 (BOEM Director's January 5, 2017 instruction to deny seismic testing permits "in light of the removal of the Atlantic from consideration for leasing during the next five years"). Because the only purpose of such testing is to explore for oil and gas, *any* harm to aquatic life resulting from testing in withdrawn areas necessarily would be "undue." In addition, although the statute does contemplate testing in areas that *have not* been leased, *see* 43 U.S.C. § 1340(a)(1)-(2), it does not follow—nor would it be logical to conclude—that BOEM may authorize testing in areas, including those in the Atlantic Ocean, that have been *permanently removed* from leasing. *See League of Conservation Voters v. Trump*, 363 F. Supp. 3d 1013, 1031 & n.97 (D. Alaska 2019) (making clear that specified withdrawals, including the December 2016 withdrawal of certain areas off of the Atlantic coast, "will remain in full force and effect").

4.   In all events, and as explained above, no aspect of the Federal Defendants' status report diminishes the need for preliminary injunctive relief.

May 17, 2019                                         Respectfully submitted,

BRIAN E. FROSH
ATTORNEY GENERAL OF MARYLAND

Joshua M. Segal (PHV)
  Assistant Attorney General
John B. Howard, Jr. (PHV)
  Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
Telephone: (410) 576-6446
Facsimile: (410) 576-7036
jsegal@oag.state.md.us
jbhoward@oag.state.md.us

Emily A. Vainieri (PHV)
  Assistant Attorney General
Office of the Attorney General
Maryland Department of Natural Resources
580 Taylor Avenue, C-4
Annapolis, MD 21401
Telephone: 410-260-8352
Facsimile: 410-260-8364
emily.vainieri1@maryland.gov

*Counsel for the State of Maryland*

/s/ W. Jefferson Leath, Jr.
W. Jefferson Leath, Jr. (Fed. Bar No. 2627)
Jefferson Leath, Esq., LLC
40 Calhoun Street, Suite 400
Charleston, SC  29401
Telephone: (843) 853-5353
jeff@seekingslaw.com

*Counsel for the States of Maryland, Connecticut, Delaware, Maine, New Jersey, and New York and the Commonwealths of Massachusetts and Virginia*

WILLIAM TONG
ATTORNEY GENERAL OF CONNECTICUT

Daniel Salton (PHV)
  Assistant Attorney General
Office of the Attorney General
P.O. Box 120, 55 Elm Street
Hartford, CT 06141-0120
Telephone: (860) 808-5250
Facsimile: (860) 808-5387
daniel.salton@ct.gov

*Counsel for the State of Connecticut*

KATHY JENNINGS
ATTORNEY GENERAL OF DELAWARE

Ilona Kirshon (PHV)
  Deputy State Solicitor
David J. Lyons (PHV)
  Deputy Attorney General
Jameson A.L. Tweedie (PHV)
  Deputy Attorney General
Department of Justice
Carvel State Building, 6th Floor
820 North French Street
Wilmington, DE  19801
Telephone: (302) 577-8372
Facsimile: (302) 577-6630
ilona.kirshon@delaware.gov
david.lyons@delaware.gov
jameson.tweedie@delaware.gov

*Counsel for the State of Delaware*

AARON FREY
ATTORNEY GENERAL OF MAINE

Margaret A. Bensinger (PHV)
  Assistant Attorney General
6 State House Station
Augusta, ME 04333-0006
Telephone: (207) 626-8578
Facsimile: (207) 626-8812
peggy.bensinger@maine.gov
jerry.reid@maine.gov

*Counsel for the State of Maine*

MAURA HEALEY
ATTORNEY GENERAL OF MASSACHUSETTS

Matthew Ireland (PHV)
  Assistant Attorney General
Megan M. Herzog (PHV)
  Special Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Facsimile: (617) 727-9665
matthew.ireland@mass.gov
megan.herzog@mass.gov

*Counsel for the Commonwealth of Massachusetts*

| | |
|---|---|
| GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY<br><br>Dianna E. Shinn (PHV)<br>Deputy Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 093<br>Trenton, NJ. 08625-0093<br>Telephone: (609) 376-2789<br>Facsimile: (609) 341-5030<br>dianna.shinn@law.njoag.gov<br><br>*Counsel for the State of New Jersey* | LETITIA JAMES<br>ATTORNEY GENERAL OF NEW YORK<br><br>Andrew G. Frank (PHV)<br> Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty Street<br>New York, NY. 10005<br>Telephone: (212) 416-8271<br>Facsimile: (212) 416-6007<br>andrew.frank@ag.ny.gov<br><br>*Counsel for the State of New York* |
| JOSHUA H. STEIN<br>ATTORNEY GENERAL OF<br>NORTH CAROLINA<br><br>/s/ William Harkins<br>William Harkins ((Fed. Bar No. 10334)<br> Assistant Attorney General<br>Marc Bernstein (PHV)<br> Special Deputy Attorney General<br>Ryan Park (PHV)<br> Deputy Solicitor General<br>North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6535<br>Facsimile: (919) 716-6761<br>wharkins@ncdoj.gov<br>mbernstein@ncdoj.gov<br>rpark@ncdoj.gov<br><br>*Counsel for the State of North Carolina* | MARK R. HERRING<br>ATTORNEY GENERAL OF VIRGINIA<br><br>Paul Kugelman (PHV)<br> Senior Assistant Attorney General<br>Office of the Virginia Attorney General<br>202 North 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 786-3811<br>Facsimile: (804) 786-2650<br>pkugelman@oag.state.va.us<br><br>*Counsel for the Commonwealth of Virginia* |