UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; et al., <br><br> Plaintiffs <br><br> and <br><br> STATES OF MARYLAND, et al. <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce; et al., <br><br> Defendants <br><br> and <br><br> INTERNATIONAL ASSOCIATION OF GEOPHYSICAL CONTRACTORS, et al. <br><br> Intervenor-Defendants. | Civil Action No. 2:18-cv-03326-RMG (Consolidated with 2:18-cv-3327-RMG) <br><br> **INTERVENOR-DEFENDANTS' NOTICE OF JOINDER IN FEDERAL DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF-INTERVENOR SOUTH CAROLINA'S COMPLAINT-IN-INTERVENTION** |
| CITY OF BEAUFORT; et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants. | |

Intervenor-Defendants International Association of Geophysical Contractors, CGG Services (U.S.) Inc., GX Technology Corporation, Spectrum Geo Inc., TGS-NOPEC

INTERVENOR-DEFENDANTS'
NOTICE OF JOINDER                - 1 -
101942035.1 0081381-00014

Geophysical Company, WesternGeco LLC, and American Petroleum Institute respectfully join and support the Federal Defendants' Reply in support of their Partial Motion to Dismiss Plaintiff-Intervenor South Carolina's Complaint-in-Intervention, Dkt. 290. For the reasons set forth in the Federal Defendants' motion to dismiss and reply, Claims 1, 6, 7 and 8 of South Carolina's Complaint-in-Intervention should be dismissed.

DATED: May 17, 2019                Respectfully submitted,

                                                       s/ Sean D. Houseal
Richard Morton, Fed. Id. No. 5442
Sean Houseal, Fed. Id. No. 7676
WOMBLE BOND DICKINSON (US) LLP
301 S. College Street, Suite 3500
Charlotte, NC 28202-6037
5 Exchange Street
Charleston, SC  29401
Telephone:  704-331-4993
                 843-720-4622
Facsimile:   843-723-7398
Email:  Ric.Morton@wbd-us.com
Email: Sean.Houseal@wbd-us.com


Ryan P. Steen, Admitted *Pro Hac Vice*
Jason T. Morgan, Admitted *Pro Hac Vice*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: 206-624-0900
Facsimile: 206-386-7500
Email: ryan.steen@stoel.com
          jason.morgan@stoel.com

*Counsel for Intervenor-Defendants*