UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; et al., <br><br> Plaintiffs <br><br> and <br><br> STATES OF MARYLAND, et al. <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce; et al., <br><br> Defendants <br><br> and <br><br> INTERNATIONAL ASSOCIATION OF GEOPHYSICAL CONTRACTORS, et al. <br><br> Intervenor-Defendants. | Civil Action No. 2:18-cv-03326-RMG <br> (Consolidated with 2:18-cv-3327-RMG) <br><br> **INTERVENOR-DEFENDANTS' NOTICE OF JOINDER IN FEDERAL DEFENDANTS' REPLY TO PLAINTIFF-INTERVENOR SOUTH CAROLINA'S SUPPLEMENTAL AUTHORITY** |
| CITY OF BEAUFORT; et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants. | |

Intervenor-Defendants International Association of Geophysical Contractors, CGG Services (U.S.) Inc., GX Technology Corporation, Spectrum Geo Inc., TGS-NOPEC

INTERVENOR-DEFENDANTS'
NOTICE OF JOINDER                              - 1 -
102045509.1 0081381-00014

Geophysical Company, WesternGeco LLC, and American Petroleum Institute respectfully join and support the Federal Defendants' Reply to Plaintiff-Intervenor South Carolina's Supplemental Authority, Dkt. 298 (in reply to Dkt. 294).

DATED:  May 24, 2019				Respectfully submitted,


						s/ Sean D. Houseal
						Richard Morton, Fed. Id. No. 5442
						Sean Houseal, Fed. Id. No. 7676
						WOMBLE BOND DICKINSON (US) LLP
						301 S. College Street, Suite 3500
						Charlotte, NC 28202-6037
						5 Exchange Street
						Charleston, SC  29401
						Telephone:  704-331-4993
						                 843-720-4622
						Facsimile:   843-723-7398
						Email: Ric.Morton@wbd-us.com
						Email: Sean.Houseal@wbd-us.com


						Ryan P. Steen, Admitted *Pro Hac Vice*
						Jason T. Morgan, Admitted *Pro Hac Vice*
						STOEL RIVES LLP
						600 University Street, Suite 3600
						Seattle, WA  98101
						Telephone: 206-624-0900
						Facsimile: 206-386-7500
						Email: ryan.steen@stoel.com
						           jason.morgan@stoel.com

						*Counsel for Intervenor-Defendants*