# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No. 2:18-cv-03326-RMG |
| | ).  (Consolidated with 2:18-cv-3327-RMG) |
| WILBUR ROSS, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF COMMERCE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF ACCEPTANCE OF DUTIES OF LOCAL COUNSEL

1. Local Rule 83.I.07(C) requires that when counsel withdraws, "[i]f the withdrawing attorney was movant for an attorney admitted pro hac vice, another attorney must file a certification that he or she accepts the duties of local counsel."

2. William Harkins is local counsel for Plaintiff-Intervenor the State of North Carolina. Mr. Harkins was the movant for Marc David Bernstein and Ryan Young Park, who were both admitted pro hac vice to represent the State of North Carolina in this action.

3. Mr. Harkins has moved to withdraw as local counsel for the State of North Carolina.

4. Pursuant to Local Rule 83.I.07(C), I certify that I accept the duties of local counsel with whom Mr. Bernstein and Mr. Park will be associated in representing the State of North Carolina in this action.

2

May 31, 2019									Respectfully submitted,

<u>/s/ W. Jefferson Leath, Jr.</u>
W. Jefferson Leath, Jr. (Fed. Bar No. 2627)
Jefferson Leath, Esq., LLC
40 Calhoun Street, Suite 400
Charleston, SC  29401
Telephone: (843) 853-5353
jeff@seekingslaw.com

2