UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSOLIDATION LEAGUE, et al., | ) ) ) |
| Plaintiffs, | ) Civ. No. 2:18-cv-3326-RMG ) |
| v. | ) (Consolidated with 2:18-cv-3327-RMG) ) |
| WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al., | ) **FEDERAL DEFENDANTS' STATUS** ) **REPORT** ) |
| Defendants. | ) ) ) |

In response to the Court's Order dated July 12, 2019 (Dkt. No. 333) requiring Federal Defendants to "inform the Court by what day they will provide the staff-level communications between [the National Marine Fisheries Service ("NMFS")] and [the Bureau of Ocean Energy Management ("BOEM")] to the Environmental Plaintiffs," Federal Defendants provide the following information:

1. Except as described in Paragraph 2, no later than July 25, 2019, Federal Defendants will send staff-level communications between NMFS and BOEM regarding the incidental harassment authorizations issued by NMFS and challenged in this litigation to the parties by overnight mail. *See* 83 Fed. Reg. 63,268 (Dec. 7, 2018).

2. As previously explained to counsel for Environmental Plaintiffs, BOEM has identified a sub-set of the staff-level communications described in Paragraph 1 that may contain confidential and proprietary information provided by the Intervenor-Defendants to BOEM and protected from disclosure as provided by applicable law and BOEM regulations. Confidential and proprietary information cannot be released to the parties absent authorization from the

1

applicant providing such information (here, Intervenor-Defendants).  This sub-set of communications was sent by Fed-Ex overnight delivery to counsel for the Intervenor-Defendants on July 16, 2019, with the request that they review the documents and provide their position on the contents no later than 7 days from receipt (i.e., July 24).  Federal Defendants anticipate that they will be able to produce any documents cleared for release within 14 days of receiving a response to the release request.

3. Federal Defendants maintain their view that the documents described in Paragraphs 1 and 2 are deliberative and not part of the official administrative record for this case, and further that they are not waiving any applicable privileges by providing them to the parties. *See* Dkt. Nos. 331-2, 331-4.

Respectfully submitted this 17th day of July, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

By:   /s/ Alison C. Finnegan
ALISON C. FINNEGAN, Trial Attorney
JONELLE DILLEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
Email: alison.c.finnegan@usdoj.gov
Email: Jonelle.Dilley@usdoj.gov

LAWRENCE J. VANDYKE
Deputy Assistant Attorney General
LISA RUSSELL, Chief
GUILLERMO MONTERO, Assistant Chief

/s/ Marissa A. Piropato

MARISSA A. PIROPATO
Sr. Trial Attorney, MA Bar No. 651630
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0470
Fax: (202) 305-0506
Email: marissa.piropato@usdoj.gov

2:18-cv-03326-RMG     Date Filed 07/17/19     Entry Number 335     Page 4 of 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically filed the foregoing Federal Defendants' Status Report with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

    /s/ Alison C. Finnegan