UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al., <br><br> Defendants. | Civ. No. 2:18-cv-3326-RMG <br> (Consolidated with 2:18-cv-3327-RMG) <br><br> **AMENDED SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case.

1. Federal Defendants will send all documents described in Federal Defendants' July 17 Status Report, ECF No. 335, to all parties by overnight mail no later than July 25, 2019.

2. Plaintiffs and Plaintiff-Intervenors may file motions to complete or supplement the administrative record, if necessary, no later than August 22. Federal Defendants may file their response to such motion no later than 3 weeks from the filing of a motion to complete or supplement.[1]

3. If there is no dispute over the scope or content of the administrative record, Plaintiffs and Plaintiff-Intervenors may each file motions for summary judgment no later than September 12. If there is a dispute over the scope or content of the administrative record, this deadline shall be extended to no later than 5 weeks from either (1) the denial of a motion to complete or supplement the administrative record, or (2) the date Federal Defendants comply with any Court order granting in part or in full a motion to complete or supplement the administrative record.

4. The parties shall meet and confer in good faith in an effort to agree upon proposed page limits for summary judgment briefing, and will submit either a joint proposal or separate

---

[1] The deadlines for motions to complete or supplement the administrative record do not affect any party's ability to seek, at the summary judgment stage, to offer extra-record evidence to the extent it is reviewable under an applicable exception.

proposals to the Court no less than twenty-one days before the deadline to file motions for summary judgment.

5. Federal Defendants and Defendant-Intervenors may each file combined responses and cross-motions for summary judgment no later than 5 weeks from the filing of Plaintiffs' summary judgment motions.

6. Plaintiffs and Plaintiff-Intervenors may each file combined replies in further support of summary judgment and responses to cross-motions no later than 3 weeks from the filing of Defendants' and Defendant-Intervenors' combined summary judgment cross-motions and responses.

7. Defendants and Defendant-Intervenors may each file replies in further support of cross-motions for summary judgment no later than 3 weeks from filing of Plaintiffs' and Plaintiff-Intervenors' combined replies and responses.

8. The parties shall meet and confer in good faith on any reasonable requests to adjust deadlines set forth herein, and shall present such requests to the Court in a timely manner.

_____
Richard Mark Gergel
United States District Judge

July 26, 2019
Charleston, South Carolina