IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR ROSS, in his official capacity as the Secretary of Commerce, et al.,<br><br>    Defendants. | Civ. No. 2:18-cv-3326-RMG (Consolidated with 2:18-cv-3327-RMG)<br><br>**ENVIRONMENTAL PLAINTIFFS' NOTICE OF PROPOSED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |

Pursuant to the Amended Scheduling Order, ECF 343 ¶ 4, Environmental Plaintiffs hereby give notice of their proposal for page limits for summary judgment briefing. Environmental Plaintiffs propose page limits of 55 pages for opening briefs and 30 pages for response-reply briefs. All other plaintiffs and plaintiff intervenors concur in this proposal.

Environmental Plaintiffs have conferred with Federal Defendants, who have shared Environmental Plaintiffs' proposal with Defendant-Intervenors. Environmental Plaintiffs have not received a response on their proposal.

Dated: May 5, 2020                    Respectfully submitted,

 s/ Catherine M. Wannamaker
Catherine M. Wannamaker (Bar No. 12577)
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039
Email: cwannamaker@selcsc.org

Mitchell S. Bernard (PHV)
Gabriel J. Daly (PHV)
Natural Resources Defense Council
40 West 20th Street
New York, NY
Telephone: (212) 727-4469
Facsimile: (415) 795-4799
Email: mbernard@nrdc.org

Blakely E. Hildebrand (PHV)
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
Facsimile: (919) 929-9421
Email: bhildebrand@selcnc.org

*Counsel for Plaintiffs South Carolina Coastal Conservation League, Defenders of Wildlife, North Carolina Coastal Federation, and One Hundred Miles*

Thomas J. Perrelli (PHV)
Patrick W. Pearsall (PHV)
Jennifer J. Yun (PHV)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6004
Facsimile: (202) 639-6066
Email: tperrelli@jenner.com

*Counsel for Plaintiff Oceana*

Kristen Monsell (PHV)
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
Telephone: (510) 844-7137
Facsimile: (510) 844-7150
Email: kmonsell@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

*Counsel for Plaintiff Natural Resources Defense Council*

Stephen D. Mashuda (PHV)
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Telephone: (206) 343-7340
Facsimile: (206) 343-1526
Email: smashuda@earthjustice.org

Brettny Hardy (PHV)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
Email: bhardy@earthjustice.org

*Counsel for Plaintiffs Surfrider Foundation and Sierra Club*

2